**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALI ESSEILY,

                Plaintiff,                24 **CIVIL** 2932 (LGS)

    -against-                        **JUDGMENT**

KATHY HOCHUL, et al.,

                Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of Dismissal dated May 1, 2024, the Complaint is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accord 615 (Bldg.) Co. LLC v. Smith, No. 24 Civ. 753, 2024 WL 1715257, at *2 (S.D.N.Y. Apr. 22, 2024). Accordingly, the case is closed.

**Dated:**  New York, New York

     May 2, 2024

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**

                           **BY:**
                                            _____
                                                **Deputy Clerk**